IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY LEE HAWKINS                                                                                    PLAINTIFF

vs.                                              Civil No. 4:11-cv-4029

LT. STEVEN GLOVER; CPT. JOHNNY
GODBOLT; DR. JOAN MCLEAN; and
CPT. LOUISE PHILLIPS                                                                              DEFENDANTS

## ORDER AND JUDGMENT

Before the Court is the Report and Recommendation filed June 20, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 57). Plaintiff brings several claims of deliberate indifference against Defendants pursuant to 42 U.S.C. § 1983. Judge Bryant recommends that Plaintiff's claims against Nurse McClean and Lt. Glover be dismissed with prejudice and his claims against Captain Louise Phillips be dismissed without prejudice. Judge Bryant further recommends that judgment be entered against Captain Johnny Godbolt and that $1 in nominal damages be awarded in Plaintiff's favor.

The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's claims against Nurse McClean and Lt. Glover are **DISMISSED WITH PREJUDICE**, while his claims against Captain Louise Phillips are **DISMISSED WITHOUT**

**PREJUDICE**. Furthermore, the Court hereby enters a **JUDGMENT** in Plaintiff's favor against Captain Johnny Godbolt in the amount of $1.

**IT IS SO ORDERED**, this 9th day of July, 2013.

                                                     /s/ Susan O. Hickey
                                                   Susan O. Hickey
                                                   United States District Judge